AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
MAR 15 2018
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

| | |
|---|---|
| DERON JOHN MANTEI ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. SA-18-CV-124-OLG |
| STATE OF KANSAS CHILD SUPPORT ) | |
| *Defendant* Enforcement, et al ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: ORDERED that, in accordance with Magistrate Judge Farrer's recommendation, Plaintiff's claims in this case are DISMISSED as frivolous and malicious, pursuant to 28 U.S.C. § 1915(a).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Orlando L. Garcia.

Date: 03/15/2018

CLERK OF COURT   **JEANNETTE J. CLACK**

*Signature of Clerk or Deputy Clerk*